1  Christopher A. Lund, #12435
   GALLIAN WELKER & BECKSTROM, LC
2  540 E. St. Louis Avenue
3  Las Vegas, NV 89104
   Ph:  (702) 892-3500
4  Fax: (702) 351-7422
   clund@utahcase.com
5

6                    UNITED STATES DISTRICT COURT
7                         DISTRICT OF NEVADA
8                               * * * *

9  MARCUS KYLE CHANNEY,                  Case No.: 2:15-cv-01708-JCM-PAL
10        Plaintiff,
11 vs.                                   **STIPULATED MOTION FOR
                                         EXTENSION OF TIME TO FILE
12 CLARK COUNTY SCHOOL DISTRICT, a       OPPOSITION TO MOTION TO DISMISS**
   Public Entity; RAMONA ESPARZA, an
13 individual; and DOES 1 through 10,    **(first request for an extension of time)**
14        Defendant.
15

16
17         Plaintiff Marcus Kyle Channey ("Plaintiff") by and through the law firm of GALLIAN
18 WELKER & BECKSTROM, L.C., and Defendants Clark County School District and Ramona
19 Esparza by and through Sami N. Randolph of the Office of General Counsel, Clark County School
20 District , hereby submit this Stipulated Motion for Extension of Time to File Opposition to Motion
21 to Dismiss. Defendants have agreed to grant Plaintiff at two-day extension, until Wednesday,
22 September 30, 2015 at the end of the business day, to file his Opposition. The grounds for this
23 Stipulated Motion is that due to personal circumstances beyond Plaintiff's Counsel's control,
24
25 Plaintiff's counsel is in need of more time to file Plaintiff's Opposition. More information on the
26 grounds for the request for an extension of time will be provided upon the Court's request.
27
28
                                                 1

DATED this 29th day of September, 2015.

/s/ Christopher A. Lund
Christopher A. Lund
Bar No. 12435
GALLIAN WELKER & BECKSTROM L.C.
*Attorneys for Plaintiff*

Approved as to form:

/s/ Sami N. Randolph
Signed by Christopher A. Lund with Permission of Sami N. Randolph
Assistant General Counsel
Nevada Bar No. 7876
*Attorney for Defendants*

IT IS SO ORDERED this 13th day of October, 2015:

_____
UNITED STATES MAGISTRATE JUDGE

2