UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARCUS KYLE CHANNEY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT and<br>RAMONA ESPARZA,<br><br>　　　　　　Defendants. | Case No. 2:15-cv-01708-JCM-PAL<br><br>**ORDER** |

This matter is before the Court on Defendants' Motion to Exempt individual Defendant Esparza from ENE Conference (#14), filed on October 21, 2015. Plaintiff has filed no response, and the time to do so has passed.

Defendants move for an order exempting Defendant Ramona Esparza from attending the Early Neutral Evaluation scheduled for November 20, 2015. Defendants represent that Defendant Esparza is not necessary for settlement purposes, as she has no settlement authority. Furthermore, Ms. Esparza is employed as the Principal of Valley High School, and would have to miss a regularly scheduled school day to attend the conference. Defendants have sufficiently established good cause for exempting Ms. Esparza's attendance. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Exempt individual Defendant Esparza from ENE Conference (#14) is **granted**.

**DATED** this 4th day of November, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge